ROY H. BRANT, RESPONDENT, v. SAMUEL A. ASARNOW, APPELLANT.

Submitted October 26, 1929—Decided May 19, 1930.

For the respondent, *Kalisch & Kalisch*.

For the appellant, *Schneider & Schneider*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CAMPBELL, LLOYD, CASE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.